UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 10-81274-CIV-RYSKAMP/WHITE

MARK JAMES TORMEY,

    Movant,

v.

UNITED STATES OF AMERICA,

    Respondent.

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

    THIS CAUSE comes before the Court pursuant to the January 11, 2011 **[DE 11]** report and recommendation of United States Magistrate Judge Patrick A. White.  No objections have been filed.  It is hereby

    ORDERED AND ADJUDGED that the report and recommendation is ADOPTED, AFFIRMED and APPROVED.  The § 2255 motion is DISMISSED WITHOUT PREJUDICE.  Movant may refile the motion at a future date, with the exception of any procedural bar applicable at the time of re-filing.  The Clerk of Court shall CLOSE this case and DENY any pending motions as MOOT.

    DONE AND ORDERED at Chambers in West Palm Beach, Florida, this 3d day of February, 2011.

                                                         S/Kenneth L. Ryskamp
                                                          KENNETH L. RYSKAMP
                                                          UNITED STATES DISTRICT JUDGE